Ronald H. Freshman, Esq. (SBN # 225136)
**LAW OFFICES OF RONALD H. FRESHMAN**
3040 Skycrest Drive
Fallbrook, California 92028
Telephone: (858) 756-8288
Facsimile: (858) 964-1728
Email: ronfreshman@gmail.com

Attorney for Plaintiff, Cynthia Smith

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SMITH,<br>　　　　　PLAINTIFF,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION; SPECIALIZED LOAN SERVICING, LLC; QUALITY LOAN SERVICES; MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SN SERVICING CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>　　　　　DEFENDANTS. | **CASE NO.:** 22-CV-00600<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(i)]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE; ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE Plaintiff Cindy Smith ("Plaintiff"), and Defendants, U.S. Bank Trust, N.A. As Trustee of the Lodge Series III Trust (erroneously sued as U.S. Bank, National Association, Mortgage Electronic Registration Systems, Inc., and

Law Offices of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, California 92028
Tel. (858) 756-8288

SN Servicing Corporation entered into a confidential settlement agreement on or about April 1, 2022 in which Plaintiff agreed to the dismissal of the entire litigation against all parties, with prejudice.

Therefore, and pursuant to Fed. Rules of Civil Proc., Rule 41(a)(1)(A)(i), Plaintiff requests dismissal of this entire action, as to all claims against all defendants to this action and in accordance with the agreement, with prejudice. No defendant has filed an answer or motion for summary judgment in this case.

DATED: April 5, 2022   LAW OFFICE OF RONALD H. FRESHMAN
             By: _/s/Ronald H. Freshman_____
             Ronald H. Freshman, Esq.
             Attorney for Plaintiff